UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA,            :
:
:
-v-                                  :     No. 23 Cr. 660 (RA)
:
:     ORDER
:
FELIX ACOSTA-HERNANDEZ,              :
:
Defendant.       :
:
-------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

On April 9, 2024, this Court imposed a sentence of time served on Defendant (U.S.M #36480-069). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:   April 9, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge